IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KEITH RUSSELL JUDD,            )
                               )
    Plaintiff,                 )
                               )
    v.                         )    CIVIL ACTION NO.
                               )      2:11cv437-MHT
                               )         (WO)
SECRETARY OF STATE OF          )
ALABAMA; and STATE OF          )
ALABAMA,                       )
                               )
    Defendants.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 12) are overruled.

(2) The United States Magistrate Judge's order (Doc. No. 10) is affirmed and her recommendation (Doc. No. 10) is adopted.

(3) This lawsuit is dismissed pursuant to 28 U.S.C. § 1915(g) for failure to pay the civil-action filing fee.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of December, 2011.

                        /s/ Myron H. Thompson  
                      UNITED STATES DISTRICT JUDGE