IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KEITH RUSSELL JUDD,        )<br>                            )<br>    Plaintiff,            )<br>                            )          CIVIL ACTION NO.<br>    v.                      )            2:11cv437-MHT<br>                            )<br>SECRETARY OF STATE OF       )<br>ALABAMA; and STATE OF       )<br>ALABAMA,                    )<br>                            )<br>    Defendants.             )  | |

                            ORDER

It is ORDERED that the motion for relief from judgment, etc. (doc. no. 19) is denied.

DONE, this the 10th day of August, 2012.

            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE